# MEMORANDUM

TO: Honorable George B. Daniels
U.S. District Judge

FROM: Marsha Davies-Calhoun, Acting Chief
U.S. Pretrial Services Officer

                RE:    United States v. Steve Papas
                         08 CR. 739 (GBD)

The attached memorandum was prepared by Pretrial Services Officer

| **Dennis Khilkevich** | **(212) 805-4147** |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the conditions which were imposed on the above-named defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]    We have informed all parties concerned that a bail hearing will be conducted in
      Courtroom # _____ on _____ at _____ .
                             (date)                (time)

[✓]    The conditions of release are hereby modified as recommended by Pretrial Services

[ ]    Comments:

                                                Honorable George B. Daniels
                                                U.S. District Judge
                                                HON. GEORGE B. DANIELS